UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
BERNARD B. IDLISAN,

                                 Plaintiff,

      -against-

NORTH SHORE - LONG ISLAND JEWISH
HEALTH SYSTEMS, INC.,

                                 Defendant.
----------------------------------------------------------------X

ORDER
13-CV-2345 (SJF)(GRB)

FEUERSTEIN, District Judge:

On April 9, 2013, plaintiff Bernard B. Idlisan ("plaintiff") filed a complaint against defendant North Shore-Long Island Jewish Health Systems, Inc. ("defendant") pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq* and the Americans with Disabilities Act of 1990, 42 U.S.C. § 12112 *et seq.*, accompanied by an application to proceed *in forma pauperis*. Since plaintiff's financial status, as set forth in his declaration in support of his application to proceed *in forma pauperis*, qualifies him to commence this action without prepayment of the filing fees *see* 28 U.S.C. § 1915(a)(1), plaintiff's application to proceed *in forma pauperis* is GRANTED. The Clerk of Court is directed to forward copies of the summons, complaint and this Order to the United States Marshal Service for service upon defendant without prepayment of fees, and to serve notice of entry of this Order in accordance with Rule 77(d)(1) of the Federal Rules of Civil Procedure by mailing a copy of this Order to the *pro se* plaintiff at his last known address, *see* Fed. R. Civ. P. 5(b)(2)(c).

SO ORDERED.

                                             Sandra J. Feuerstein
                                             United States District Judge

Dated: May 20, 2013
       Central Islip, New York